| | |
|---|---|
| 1 | COLE R. SHERIDAN (SBN: 215109) |
| 2 | LAW OFFICES OF COLE SHERIDAN |
|   | 1990 South Bundy Drive, Suite 630 |
| 3 | Los Angeles, California 90025 |
| 4 | Email: csheridan@csheridanlaw.com |
|   | Phone 310-819-9640 |
| 5 | *Attorney for Plaintiffs,* |
| 6 | *Russell Stuart; Douglas Myrdal;* |
|   | *and Superbox Holdings* |
| 7 | *Canada Inc.* |

Ryan A. Ellis, Esq. (SBN: 272868)
RYAN ELLIS LAW CORPORATION
3268 Governor Drive, Suite 140
San Diego, CA 92122
Email: ryan@ryanellislaw.com
Telephone: (858) 247-2000
*Attorneys for Defendants Barry Sytner,*
*Betty Sytner, Custodian Ventures, LLC, and David Lazar*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RUSSELL STUART, an individual (and derivatively on behalf of SuperBox, Inc.); *et al.* | Case No.: 2:20-cv-03956-JAK-PVC<br>Hon. Judge John A. Kronstadt |
| Plaintiffs, | **STIPULATION RE DISMISSAL** |
| v. | Matter Filed: April 30, 2020 |
| BARRY SYTNER, an individual; *et al.* | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the remaining parties to this action as of the date herein, that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

| | |
|---|---|
| Dated: October 25, 2021 | Respectfully submitted,<br>LAW OFFICES OF COLE SHERIDAN<br><br>By: _/s/ Cole Sheridan_____<br>    Cole Sheridan<br>    *Attorney for Plaintiffs, Russell Stuart; Douglas Myrdal; and SuperBox Holdings Canada Inc.* |
| Dated: October 25, 2021 | Respectfully submitted,<br>RYAN ELLIS LAW CORPORATION<br><br>By: _/s/ Ryan A. Ellis_____<br>    Ryan A. Ellis<br>    *Attorneys for Defendants David Lazar and Custodian Ventures, LLC* |

\*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.