**RYAN ELLIS LAW CORPORATION**
Ryan A. Ellis, Esq. (SBN: 272868)
3268 Governor Drive, Suite 140
San Diego, California 92122
Telephone: (858) 247-2000
Email: ryan@ryanellislaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL STUART, an individual; DOUGLAS MYRDAL, an individual; and SUPERBOX HOLDINGS CANADA INC., a British Columbia corporation (and derivatively on behalf of SuperBox, Inc.),<br><br>Plaintiffs,<br><br>v.<br><br>BARRY SYTNER, an individual; DAVID E. LAZAR, an individual; CUSTODIAN VENTURES, LLC, a Wyoming limited liability company; EDWARD LAZAR, an individual; SHULAMIT LAZAR, an individual; BETTY SYTNER, an individual; SUPERBOX, INC., a Nevada corporation (and nominal defendant); and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 2:20-cv-03956-JAK-PVC<br>Hon. Judge John A. Kronstadt<br><br>**NOTICE OF PLAINTIFFS' NON-OPPOSITION TO MOTION FOR RULE 11 DETERMINATION UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT** |

---

1
NOTICE OF PLAINTIFFS' NON-OPPOSITION TO MOTION FOR RULE 11 DETERMINATION

Defendants Custodian Ventures, LLC ("CV") and David Lazar ("Lazar" or referred to collectively with CV as "Defendants") file this Notice of Plaintiffs' Non-Opposition (the "Notice") with respect to their pending Motion for a Rule 11 Determination (the "Motion"), filed on November 8, 2021 (Dkt. No. 103).

Pursuant to the Initial Standing Order for Civil Cases assigned to this Court (Dkt. No. 16), any opposition to the Motion was to be filed no later than 21 days after the filing of the Motion. *See Initial Standing Order at §9b(b) (p. 8, lines 27-28).* The Motion was filed on November 8, 2021, therefore Plaintiffs' deadline to file any opposition was November 29, 2021. As of the date this Notice is filed, Plaintiffs have not filed any opposition to the Motion.

Under the Local Rules and applicable law of this Circuit, a party's failure to timely oppose a motion constitutes the non-moving party's consent to granting of the motion. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). Under Local Rule 7-12, the failure to oppose a motion "may be deemed to consent to the granting … of the motion."

For the above reasons, as well as those set forth in the Motion for Rule 11 Determination (Dkt. No. 103), Defendants respectfully request that this Court consider the Motion to be consented to by Plaintiffs and grant the Motion in its entirety.

Dated: January 12, 2022        RYAN ELLIS LAW CORPORATION

  /s/ Ryan A. Ellis
Ryan A Ellis, Esq.
*Attorneys for Defendants Custodian Ventures, LLC and David Lazar*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that my business address is 3268 Governor Drive, Suite 140, San Diego, California 92122.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF PLAINTIFFS' NON-OPPOSITION TO MOTION FOR RULE 11 DETERMINATION UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT** on the following party be electronic filing of the foregoing with the Clerk of the United States District Court using its CM/ECF System, which electronically notifies the parties who have appeared in this action:

Cole R. Sheridan
Law Offices of Cole Sheridan
1990 South Bundy Drive Suite 630
Los Angeles, CA 90025
Tel: 310-819-9640
Email: csheridan@csheridanlaw.com
*Attorneys for Plaintiffs*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2022.

>             */s/ Ryan A. Ellis*
>             Ryan A Ellis, Esq.